**Opinion issued January 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00364-CV

———————————

### BY THE SEA COUNCIL OF CO-OWNERS, INC., Appellant

### V.

### TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee

---

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Case No. 18-CV-0529

---

## MEMORANDUM OPINION

The parties filed a joint motion to dismiss this appeal because the parties have reached a settlement agreement. No opinion has issued.

We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.3, 43.2(f). Any other pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Landau and Hightower.